157 A.3d 854

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ROBERT H. HANKINS, DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005282–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 855

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAMA SMITH, DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003141–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.